359 A.2d 911

COMMONWEALTH

v.

CRAWFORD, Appellant.

Submitted April 12, 1976. John W. Peck, II, Assistant Public Defender, and Dante G. Bertani, Public Defender, for appellant; Patrick H. Mahady, Assistant District Attorney, and Albert M. Nichols, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.